IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-391-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ATAVIOUS TIQUAN TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

On June 9, 2022, defendant filed a motion to permit defendant a furlough to attend the funeral

of his uncle [D.E. 131]. The United States opposes the motion. See id. at 2. The court has reviewed

the entire record, including the Pretrial Services Report [D.E. 24]. In light of the entire record,

including defendant's poor performance on probation, the serious nature of the pending charges, and

the evidence at the detention hearing, the court DENIES defendant's motion for a furlough [D.E. 131].

SO ORDERED. This _9_ day of June, 2022.

JAMES C. DEVER III
United States District Judge